| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| IN RE: Griddy Energy LLC, Debtor. | § § § § | BANKRUPTCY CASE NUMBER<br><br>4:21-bk-30923 |
|---|---|---|
| Lisa Khoury<br>    Plaintiff(s)<br><br>VS.<br><br>Griddy Energy LLC et al.<br>    Defendant(s) | § § § § § § § § § § | ADVERSARY NO.: 4:21-ap-03041 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that James Ryan Fowler, Creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to rfowler@potts-law.com.

DATED: 03/26/2021

_____
Signature

James Ryan Fowler
Print Name

3737 Buffalo Speedway, Suite 1900
Address

Houston, TX 77098
Address