UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>**GRIDDY ENERGY LLC**<br><br>Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 21-30923 (MI) (S.D. Tex. Bankr.) |
| **Lisa Khoury, Individually and on Behalf of All Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**Griddy Energy LLC and Griddy Holdings LLC**<br><br>Defendants | § § § § § § § § § § § § § § § | Adversary No. 21-03041 |

## JOINT STIPULATION

On March 18, 2021, the Court entered its *Order Setting Rule 7026 Conference, Requiring Rule 7026 Meeting, Establishing Procedures For Discovery Disputes, And Emphasizing The Applicability Of Certain Federal Rules Of Civil Procedure As Made Applicable By The Federal Rules Of Bankruptcy Procedure* (Dkt. 2, "Order"). The parties have conferred, and hereby stipulate and agree as follows:

1. Subject to the Court's agreement, the deadline for the parties to this Adversary Proceeding to file a Rule 26(f)(3) report is hereby abated until such time as the parties receive further guidance and instruction from the Court regarding the filing of a Rule26(f)(3) report.

2. The parties request that the April 6, 2021 Rule 7016 Conference set by the Order be a status conference, at which the parties may discuss with the Court and seek the guidance of

the Court on the filing of a Rule 26(f)(3) report, if such guidance is not received prior to April 6.

3.  The parties further agree that nothing herein shall be a waiver of any right or remedy any party may have.

4.  The parties further agree that by entering into and filing this joint stipulation Defendants do not waive any defense, including any challenge to personal jurisdiction, and that the filing of this joint stipulation does not constitute an appearance by or request for affirmative relief by any Defendant.

5.  The parties further agree that the claims asserted in this action remain subject to the automatic stay under 11 U.S.C. § 362, and that no party will argue that the entry into or filing of this joint stipulation is a violation or waiver of that stay.

*/s/ Derek H. Potts*
Derek H. Potts
State Bar Number 24073727
J. Ryan Fowler
State Bar Number 24058357
Batami Baskin
State Bar Number 24078206
THE POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
dpotts@potts-law.com
rfowler@potts-law.com

Riley L. Burnett, Jr.
State Bar Number 3428900
Karen H. Beyea-Schroeder
State Bar Number 24054324
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
(832) 413-4410 (telephone)
rburnett@rburnettlaw.com

*Counsel for Plaintiff*

*/s/ John B Lawrence*
Jonathan Rubenstein
State Bar Number 24037403
jonathan.rubenstein@bakerbotts.com
John B. Lawrence
State Bar Number 24055825
john.lawrence@bakerbotts.com
Christopher C. Cyrus
State Bar Number 24097110
BAKER BOTTS L.L.P.
(713) 963-8881 (telephone)
2001 Ross Ave, Suite 900
Dallas, Texas 75201
(214) 953-6500 (telephone)
(214) 953-6503 (facsimile)

*Counsel for Defendants*

JOINT STIPULATION – PAGE 2

**IT IS SO ORDERED** by this Court, this \_\_\_\_ day of _____, 2021.

_____
Hon. Marvin Isgur