# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>**GRIDDY ENERGY LLC**<br><br>    Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No.   21-30923 (MI) (S.D. Tex. Bankr.) |
| **Lisa Khoury, Individually and on Behalf of All Others Similarly Situated**<br><br>    Plaintiff,<br><br>v.<br><br>**Griddy Energy LLC and Griddy Holdings LLC**<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary No. 21-03041 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Jonathan Rubenstein of the law firm Baker Botts L.L.P., hereby enters his appearance as counsel in the above-reference action on behalf of Defendants Griddy Energy LLC and Griddy Holdings LLC, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules.

Jonathan Rubenstein hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be forwarded to its counsel.

Dated: April 20, 2021            */s/ Jonathan Rubenstein*
Jonathan Rubenstein
State Bar Number 24037403
jonathan.rubenstein@bakerbotts.com
John B. Lawrence
State Bar Number 24055825
john.lawrence@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Ave, Suite 900
Dallas, Texas 75201
(214) 953-6500 (telephone)
(214) 953-6503 (facsimile)

*Counsel for Defendants*