**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11** |
| **GRIDDY ENERGY LLC** § | |
| § | |
| Debtor. § | Case No. 21-30923 (MI) |
| § | (S.D. Tex. Bankr.) |
| § | |
| | |
| **LISA KHOURY, Individually and on** § | |
| **Behalf of all Others Similarly Situated,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | **Adversary No. 21-03041** |
| § | |
| **GRIDDY ENERGY LLC and GRIDDY** § | |
| **HOLDINGS LLC,** § | |
| § | |
| Defendants. § | |

**ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL ON ALL CLAIMS**
**AGAINST DEFENDANTS WITH PREJUDICE**

On this date the Court received Plaintiffs' Voluntary Dismissal on All Claims against Defendants and ORDERS this case dismissed with prejudice.

SIGNED on_____

_____
JUDGE PRESIDING