United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **GRIDDY ENERGY LLC** | § | |
| | § | |
| Debtor. | § | Case No. 21-30923 (MI) |
| | § | (S.D. Tex. Bankr.) |
| | § | |
| | | |
| **LISA KHOURY, Individually and on Behalf of all Others Similarly Situated,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No. 21-03041 |
| | § | |
| **GRIDDY ENERGY LLC and GRIDDY HOLDINGS LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL ON ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE

On this date the Court received Plaintiffs' Voluntary Dismissal on All Claims against Defendants and ORDERS this case dismissed with prejudice.

Signed: September 07, 2021

_____
Marvin Isgur
United States Bankruptcy Judge